474 A.2d 696

Port Authority of Allegh. County v. Adams.

Argued April 10, 1984. David B. Washington, for appellant; Emil Robert Pecori, II, for appellee.

Before ROWLEY, JOHNSON and POPOVICH, JJ.

Order affirmed.

474 A.2d 696

Sapp Roofing Co., Inc. v. Thermoflo Equip. Co., Appellant.

Petition for Allowance of Appeal
Denied Aug. 23, 1984.

Argued February 7, 1984. Philip B. Hart, Jr. for appellant; John Richard Orie, Jr. for appellee.

Before BROSKY, OLSZEWSKI and JOHNSON, JJ.

Judgment of March 24, 1982 affirmed.